UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON O. MURPHY, SR., | No. 2:25-cv-0836-DJC-CKD (PS) |
| Plaintiffs, | |
| v. | ORDER |
| DAD'S BBQ, | |
| Defendant. | |

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On May 2, 2025, the Magistrate Judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 3.) Plaintiff has not filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a review of this case. Having carefully reviewed this matter, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed May 2, 2025 (ECF No. 3), are adopted in full.

1

2. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED.

3. Plaintiff's complaint is dismissed without leave to amend for failure to state a claim.

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **June 13, 2025**

*Daniel J. Calabretta*
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

8, murp25cv0836.jo